IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 13-cv-03140-RBJ | Date:  January 30, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| JOHNNY D. SANTOS<br>**Plaintiff(s)** | *Michael H. J. Born* |
| v. | |
| GEICO INDEMNITY COMPANY<br>**Defendant(s)** | *Gregory K. Falls* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  9:24 a.m.

Appearance of counsel.

Discussion held on claims and settlement.

**The Court accepts the limits and deadlines proposed by the parties, which include:**

Deadline for joinder of parties and amendment of pleadings:  February 28, 2014.

Discovery cut-off:  August 14, 2014.

Dispositive motion deadline:  August 31, 2014.

**FIVE DAY JURY TRIAL** is set for **February 23, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **January 30, 2015, at 1:30 p.m.** in the same courtroom location.  Parties are to have conferred and exchanged witness lists, exhibit lists, and jury instructions prior to the conference.

Discussion held on protective order.

**ORDERED:   [15] Stipulated Confidentiality Order is GRANTED.**

Discussion held on Motion to Bifurcate.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  9:39 a.m.    Hearing concluded.    Total time in Court:  00:15